IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE § 
PETITION OF GREGORY K. § No. 382, 2016
TRENTON, III FOR A WRIT §
OF MANDAMUS.[1] §

Submitted: September 7, 2016
Decided: September 12, 2016

## ORDER

This 12th day of September 2016, it appears to the Court that, on July 26, 2016, the petitioner, purportedly on behalf of his son, filed a petition for issuance of a writ of mandamus to the lawyer and law firm representing his son in Family Court proceedings. On July 26, 2016, the Chief Deputy Clerk issued a notice directing the petitioner and his son to show cause why this petition should not be dismissed for this Court's lack of jurisdiction to issue a writ of mandamus to a lawyer or law firm.[2] On August 23, 2016, the Chief Deputy Clerk sent the notice to another address for the petitioner. No response to the notice to show cause was received within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

---

[1] The Court previously assigned a pseudonym to the petitioner under Supreme Court Rule 7(d).
[2] The son's lawyer was copied on the notice to show cause.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice